# SUSSMAN & WATKINS
*- Attorneys at Law -*

| | | |
|---|---|---|
| MICHAEL H. SUSSMAN<br>CHRISTOPHER D. WATKINS<br>MICHAEL A. DEEM<br>AMY M. ATTIAS<br><br>*Of Counsel*<br>MARY JO WHATELEY | 1 RAILROAD AVE. - SUITE 3<br>P.O. BOX 1005<br>GOSHEN, NEW YORK 10924<br><br>(845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@frontiernet.net | PARALEGAL<br>JONATHAN R. GOLDMAN<br><br>LEGAL ASSISTANTS<br>SONNIA MORSTATT<br>RAINA I. OBIE |

September 18, 2014          VIA ECF & U.S. MAIL

Hon. Lisa M. Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **Dancy, et al v. McGinley et al;**
              **11 cv 7952 (LMS)**

Dear Judge Smith:

    We represent plaintiffs in this lawsuit. Previously, on August 18, 2014, I advised the Court that we had reached a verbal settlement agreement pending approval by the Poughkeepsie City Council. As a result, Your Honor issued a 45-day dismissal order and the September 15 trial date was cancelled. I have now been advised that the City Council did not, and will not, approve the settlement. Therefore, I request that this matter be re-opened. I have also been advised that defendants will be changing counsel to John Murtaugh, Esq., whom I am copying on this letter, but no formal substitution has yet occurred.

    Thank you.

                                                    Respectfully submitted,

                                                    Christopher D. Watkins

cc:    Kyle Barnett, Esq. and Adrienne Odierna, Esq. (Via ECF and Email)
        John Murtaugh, Esq. (Via EMail)

---

If checked, please respond to one of our offices

| ☐ 145 Main St. - 2nd Floor<br>Ossining, NY 10562<br>(914) 236-3610 (ph)<br>(914) 236-2308 (fax) | ☐ 11 Fowler St.<br>Port Jervis, NY 12771<br>(845) 294-3991 | ☐ 159 Canal St.<br>Ellenville, NY 12428<br>(845) 294-3991 |
|---|---|---|