UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JARQUEZ DANCY and JAYVON ELTING,

                         Plaintiffs,
  -against-                                       11 cv 7952 (LMS)

POLICE OFFICER GREGG McGINLEY and,
POLICE OFFICER WILLIAMS,

                                                    **NOTICE OF MOTION**
                      Defendants.
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the affirmations of Christopher D. Watkins, Esq., Mary Jo Whateley., Esq., and exhibits thereto, plaintiff's Memorandum of Law, and all prior proceedings had herein, on February 20, 2015, or as soon thereafter as counsel may be heard, pursuant to Rule 54(b) and 42 U.S.C. § 1988, plaintiff shall move this Honorable Court for award of reasonable attorneys' fees and costs in the amount of $155,141.78.

Dated: January 16, 2015
       Goshen, New York

                                                    Christopher D. Watkins (CW 2240)

                                                    SUSSMAN & WATKINS
                                                    55 Park Place, Suite 6
                                                       P.O. Box 1005
                                                  Goshen, New York 10924
                                                      (845) 294-3991
                                                 *Attorneys for Plaintiffs*

TO:    John M. Murtagh, Esq.
        Gaines, Novick, Ponzini, Cossu & Venditti, LLP
        11 Martine Ave., 8th Floor
        White Plains, NY 10606
        *Attorneys for Defendants*